# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00663-CR

**Karen Lenise Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CR22,218, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Karen Lenise Moore has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed: May 17, 2013

Do Not Publish